619 F.2d 557
 RICHARDSON NATIONAL BANK, Plaintiff-Appellee,
v.
RELIANCE INSURANCE COMPANY, Defendant-Appellant.
 No. 78-2599.
 United States Court of Appeals, Fifth Circuit.
 May 2, 1980.
 
 Charles J. McGuire, Dallas, Tex., for defendant-appellant.
 Vial, Hamilton, Koch, Tubb, Knox & Stradley, James A. Knox, Dallas, Tex., Raymond D. Noah, Richardson, Tex., Stephen L. Baskind, Dallas, Tex., for plaintiff-appellee.
 Before THORNBERRY, FRANK M. JOHNSON, JR. and HENDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment below is affirmed on the basis of Judge Patrick E. Higginbotham's opinion in Richardson National Bank v. Reliance Insurance Co., 491 F.Supp. 121 (N.D.Tex.1977).
 
 
 2
 AFFIRMED.